# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 17-0893V
Filed: April 26, 2018
UNPUBLISHED

| | |
|---|---|
| KATIE R. PETERSON,<br><br>　　　　　　Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>　　　　　　Respondent. | Special Processing Unit (SPU);<br>Damages Decision Based on Proffer;<br>Influenza (Flu) Vaccine; Shoulder<br>Injury Related to Vaccine<br>Administration (SIRVA) |

*Steven I. Kastner*, San Diego, CA, for petitioner.
Lara Ann Englund, U.S. Department of Justice, Washington, DC, for respondent.

## DECISION AWARDING DAMAGES[1]

**Dorsey**, Chief Special Master:

　　On June 30, 2017, petitioner filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioner alleges that she suffered a Shoulder Injury Related to Vaccine Administration ("SIRVA") as a result of an influenza vaccination she received in her left arm on September 30, 2016. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

　　On February 13, 2018, a ruling on entitlement was issued, finding petitioner entitled to compensation for her SIRVA. On April 26, 2018, respondent filed a proffer on award of compensation ("Proffer") indicating petitioner should be awarded $172,500.00 for pain and suffering and $15,115.52 for lost wages, for a total amount of $187,615.52. Proffer at 1. In the Proffer, respondent represented that petitioner agrees with the

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

proffered award. Based on the record as a whole, the undersigned finds that petitioner is entitled to an award as stated in the Proffer.

    Pursuant to the terms stated in the attached Proffer, **the undersigned awards petitioner a lump sum payment of $187,615.52**, **which represents $172,500.00 for pain and suffering and $15,115.52 for lost wages, in the form of a check payable to petitioner, Katie R. Peterson.** This amount represents compensation for all damages that would be available under § 300aa-15(a).

    The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

                                          **s/Nora Beth Dorsey**
                                          Nora Beth Dorsey
                                          Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## OFFICE OF SPECIAL MASTERS

| | |
|---|---|
| KATIE R. PETERSON, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> SECRETARY OF ) <br> HEALTH AND HUMAN SERVICES, ) <br> ) <br> Respondent. ) <br> ) | No. 17-893V <br> Chief Special Master Nora Beth Dorsey |

## RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

On February 13, 2018, respondent filed a Vaccine Rule 4(c) report concluding that petitioner suffered an injury that is compensable under the National Childhood Vaccine Injury Act of 1986, as amended, 42 U.S.C. §§300aa-10 to -34. Accordingly, on February 13, 2018, the Chief Special Master issued a Ruling on Entitlement.

**I.      Compensation for Vaccine Injury-Related Items**

Respondent proffers that, based on the evidence of record, petitioner should be awarded $172,500.00 for pain and suffering and $15,115.52 for lost wages. These amounts represent all elements of compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a). Petitioner agrees.

**II.     Form of the Award**

The parties recommend that the compensation provided to petitioner should be made as a lump sum payment of $187,615.52, in the form of a check payable to petitioner.[1] Petitioner is a

---

[1] Should petitioner die prior to entry of judgment, respondent would oppose any award for future medical expenses, future lost earnings, and future pain and suffering, and the parties reserve the right to move the Court for appropriate relief.

competent adult. Evidence of guardianship is not required in this case. This amount accounts for all elements of compensation under 42 U.S.C. § 300aa-15(a) to which petitioner would be entitled.

                Respectfully submitted,

                CHAD A. READLER
                Acting Assistant Attorney General

                C. SALVATORE D'ALESSIO
                Acting Director
                Torts Branch, Civil Division

                CATHARINE E. REEVES
                Deputy Director
                Torts Branch, Civil Division

                HEATHER L. PEARLMAN
                Assistant Director
                Torts Branch, Civil Division

                <u>s/ LARA A. ENGLUND</u>
                LARA A. ENGLUND
                Trial Attorney
                Torts Branch, Civil Division
                U.S. Department of Justice
                P.O. Box 146 Benjamin Franklin Station
                Washington D.C. 20044-0146
                Tel: (202) 307-3013
                E-mail: lara.a.englund@usdoj.gov

Dated: April 26, 2018